# Court of Appeals
# of the State of Georgia

ATLANTA,____July 13, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1825.  THE STATE v. DARITY.**

Upon consideration of APPELLANT'S motion to dismiss its appeal in the above-styled case, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____07/13/2016____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*